Form B16B
6/90

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  Case No. 19- *12362*

Darlene M. Sledge

Judge: *Harris*

Debtor(s).   Chapter 13

Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the
Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.

The following is true about the attached documents:

- [x] All pay stubs received in the 60 days immediately prior to filing this case have been attached.

- [ ] The Debtor has received no pay advices within the 60 days prior to filing this case and is not required to file any further documentation by Section 521.

- [ ] The Debtor has had a gap in employment within the 60 days prior to filing this case and the attached pay advices comply fully with the pay advice requirements of Section 521.

- [ ] The Debtor has not yet received pay advices for the income most recently earned and the attached pay advices comply fully with the pay advice requirements of Section 521.

- [ ] There are pay advices required to be filed pursuant to Section 521 that are not attached to this cover sheet. Said documents shall be filed within 45 days of the commencement of this case, or an extension will be filed requesting an additional 45 days.

- [ ] Other. _____

Additional Explanation Regarding Pay Advices, if necessary:

_____
_____
_____

Submitted By:

/s/Melissa L. Resar                                4/19/2018

Melissa L. Resar (0071963)                         Date
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ZS2 | 003517 | 903000 | | 0000150508 | 1 |

508-0001

**CMHA**
CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Period Ending: 04/05/2019
Pay Date: 04/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 5
 OH: 2

DARLENE M SLEDGE
3614 TOWNLEY RD
SHAKER HEIGHTS OH 44122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 80.00 | 2,841.38 | |
| Bonus Hrs | | | | 568.28 |
| Holiday Pay | | | | 1,136.56 |
| Personal Hrs | | | | 319.66 |
| **Gross Pay** | | | **$2,841.38** | 23,299.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -165.12 | 1,349.33 |
| | Medicare Tax | -38.80 | 321.07 |
| | OH State Income Tax | -67.52 | 549.51 |
| | Cleveland Income Tax | -66.90 | 553.56 |
| | **Other** | | |
| | American Life | -55.06* | 385.42 |
| | Community Shrs | -3.64 | 25.48 |
| | New York Life | -38.00 | 266.00 |
| | Opers | -284.14* | 2,329.95 |
| | Super Med Ppo | -110.14* | 770.98 |
| | Uncf | -3.65 | 30.63 |
| | United Way | -3.64 | 25.48 |
| | Cmha Chart Fund | | 5.08 |
| | Ticket Affr Hol | | 385.00 |
| **Net Pay** | | | **$2,004.77** |
| Checking | | -2,004.77 | 16,301.83 |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $2,392.04

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cmha Life Ins | 2.47 | 17.29 |
| Cmha Medical | 807.71 | 5,653.97 |
| Er Opers | 397.79 | 3,261.88 |
| Opers Elig Earn | 2,841.38 | 23,299.32 |
| Balances | | |
| Sick Accrual | 4.62 | 407.80 |
| Vac Accrual | 3.08 | 221.20 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 7.00 |
| Sick Balance | | 407.80 |
| Vacation Bal | | 221.20 |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Advice number: 00000150508
Pay date: 04/12/2019

Deposited to the account of
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $2,004.77 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**




# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ZS2 | 003517 | 903000 | | 0000130512 | 1 |

512-0001

CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Period Ending: 03/22/2019
Pay Date: 03/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 5
OH: 2

DARLENE M SLEDGE
3614 TOWNLEY RD
SHAKER HEIGHTS OH 44122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 80.00 | 2,841.38 | |
| Bonus Hrs | | | | 568.28 |
| Holiday Pay | | | | 1,136.56 |
| Personal Hrs | | | | 319.66 |
| **Gross Pay** | | | **$2,841.38** | 20,457.94 |

Your federal taxable wages this period are $2,557.24

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -193.49 | 1,184.21 |
| | Medicare Tax | -41.20 | 282.27 |
| | OH State Income Tax | -73.73 | 481.99 |
| | Cleveland Income Tax | -71.04 | 486.66 |
| | **Other** | | |
| | Community Shrs | -3.64 | 21.84 |
| | Opers | -284.14* | 2,045.81 |
| | Ticket Affr Hol | -96.25 | 385.00 |
| | Uncf | -3.65 | 26.98 |
| | United Way | | 21.84 |
| | American Life | | 330.36 |
| | Cmha Chart Fund | | 5.08 |
| | New York Life | | 228.00 |
| | Super Med Ppo | | 660.84 |
| **Net Pay** | | | **$2,070.60** |
| Checking | | -2,070.60 | 14,297.06 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Opers | 397.79 | 2,864.09 |
| Opers Elig Earn | 2,841.38 | 20,457.94 |
| Cmha Life Ins | | 14.82 |
| Cmha Medical | | 4,846.26 |
| Balances | | |
| Sick Accrual | 4.62 | 403.18 |
| Vac Accrual | 3.08 | 218.12 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 7.00 |
| Sick Balance | | 403.18 |
| Vacation Bal | | 218.12 |

\* Excluded from federal taxable wages

---



CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Advice number: 00000130512
Pay date: 03/29/2019

Deposited to the account of
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $2,070.60 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



**CMHA FINANCIAL SERVICES DEPARTMENT**
8120 KINSMAN ROAD
CLEVELAND, OH 44104

CO. ZS2 | FILE 003517 | DEPT. 903000 | CLOCK | VCHR. NO. 0000110512 | 1
513-0001

# Earnings Statement

ADP

Period Ending: 03/08/2019
Pay Date: 03/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5
  OH: 2

DARLENE M SLEDGE
3614 TOWNLEY RD
SHAKER HEIGHTS OH 44122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 72.00 | 2,557.24 | |
| Personal Hrs | 35.5172 | 8.00 | 284.14 | 319.66 |
| Bonus Hrs | | | | 568.28 |
| Holiday Pay | | | | 1,136.56 |
| **Gross Pay** | | | **$2,841.38** | 17,616.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -165.12 | 990.72 |
| | Medicare Tax | -38.81 | 241.07 |
| | OH State Income Tax | -67.52 | 408.26 |
| | Cleveland Income Tax | -66.90 | 415.62 |
| | **Other** | | |
| | American Life | -55.06* | 330.36 |
| | Community Shrs | -3.64 | 18.20 |
| | New York Life | -38.00 | 228.00 |
| | Opers | -284.14* | 1,761.67 |
| | Super Med Ppo | -110.14* | 660.84 |
| | Ticket Affr Hol | -96.25 | 288.75 |
| | Uncf | -3.65 | 23.33 |
| | United Way | -3.64 | 18.20 |
| | Cmha Chart Fund | | 5.08 |
| | **Net Pay** | **$1,908.51** | |
| | Checking | -1,908.51 | 12,226.46 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,392.04

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cmha Life Ins | 2.47 | 14.82 |
| Cmha Medical | 807.71 | 4,846.26 |
| Er Opers | 397.79 | 2,466.30 |
| Opers Elig Earn | 2,841.38 | 17,616.56 |
| Balances | | |
| Sick Accrual | 4.62 | 398.56 |
| Vac Accrual | 3.08 | 215.04 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 7.00 |
| Sick Balance | | 398.56 |
| Vacation Bal | | 215.04 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Advice number: 00000110512
Pay date: 03/15/2019



Deposited to the account of
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $1,908.51 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ZS2 | 003517 | 903000 | | 0000090514 | 1 |

# Earnings Statement

**ADP**

CMHA FINANCIAL SERVICES DEPARTMENT  
8120 KINSMAN ROAD  
CLEVELAND, OH 44104

515-0001

Period Ending: 02/22/2019  
Pay Date: 03/01/2019

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 5  
  OH: 2

DARLENE M SLEDGE  
3614 TOWNLEY RD  
SHAKER HEIGHTS OH 44122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 72.00 | 2,557.24 | |
| Holiday Pay | 35.5172 | 8.00 | 284.14 | 1,136.56 |
| Bonus Hrs | | | | 568.28 |
| Personal Hrs | | | | 35.52 |
| **Gross Pay** | | | **$2,841.38** | 14,775.18 |

Your federal taxable wages this period are $2,392.04

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -165.12 | 825.60 |
| | Medicare Tax | -38.80 | 202.26 |
| | OH State Income Tax | -67.52 | 340.74 |
| | Cleveland Income Tax | -66.90 | 348.72 |
| | **Other** | | |
| | American Life | -55.06* | 275.30 |
| | Community Shrs | -3.64 | 14.56 |
| | New York Life | -38.00 | 190.00 |
| | Opers | -284.14* | 1,477.53 |
| | Super Med Ppo | -110.14* | 550.70 |
| | Ticket Affr Hol | -96.25 | 192.50 |
| | Uncf | -3.65 | 19.68 |
| | United Way | -3.64 | 14.56 |
| | Cmha Chart Fund | | 5.08 |
| | **Net Pay** | **$1,908.52** | |
| | Checking | -1,908.52 | 10,317.95 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cmha Life Ins | 2.47 | 12.35 |
| Cmha Medical | 807.71 | 4,038.55 |
| Er Opers | 397.79 | 2,068.51 |
| Opers Elig Earn | 2,841.38 | 14,775.18 |
| Balances | | |
| Sick Accrual | 4.62 | 393.94 |
| Vac Accrual | 3.08 | 211.96 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 15.00 |
| Sick Balance | | 393.94 |
| Vacation Bal | | 211.96 |

\* Excluded from federal taxable wages

© 2000 ADP LLC

---



CMHA FINANCIAL SERVICES DEPARTMENT  
8120 KINSMAN ROAD  
CLEVELAND, OH 44104

Advice number: 00000090514  
Pay date: 03/01/2019

Deposited to the account of  
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $1,908.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | | | | | | |
|---|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
| ZS2 | 003517 | 903000 | | 0000070519 | 1 | |

# Earnings Statement 

**CMHA** CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104
520-0001

Period Ending: 02/08/2019
Pay Date: 02/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 5
 OH: 2

DARLENE M SLEDGE
3614 TOWNLEY RD
SHAKER HEIGHTS OH 44122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 80.00 | 2,841.38 | |
| Bonus Hrs | | | | 568.28 |
| Holiday Pay | | | | 852.42 |
| Personal Hrs | | | | 35.52 |
| **Gross Pay** | | | **$2,841.38** | 11,933.80 |

Your federal taxable wages this period are $2,392.04

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -165.12 | 660.48 |
| | Medicare Tax | -38.81 | 163.46 |
| | OH State Income Tax | -67.52 | 273.22 |
| | Cleveland Income Tax | -66.90 | 281.82 |
| | **Other** | | |
| | American Life | -55.06* | 220.24 |
| | Community Shrs | -3.64 | 10.92 |
| | New York Life | -38.00 | 152.00 |
| | Opers | -284.14* | 1,193.39 |
| | Super Med Ppo | -110.14* | 440.56 |
| | Ticket Affr Hol | -96.25 | 96.25 |
| | Uncf | -3.65 | 16.03 |
| | United Way | -3.64 | 10.92 |
| | Cmha Chart Fund | | 5.08 |
| **Net Pay** | | | **$1,908.51** |
| | Checking | -1,908.51 | 8,409.43 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cmha Life Ins | 2.47 | 9.88 |
| Cmha Medical | 807.71 | 3,230.84 |
| Er Opers | 397.79 | 1,670.72 |
| Opers Elig Earn | 2,841.38 | 11,933.80 |
| Balances | | |
| Sick Accrual | 4.62 | 389.32 |
| Vac Accrual | 3.08 | 208.88 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 15.00 |
| Sick Balance | | 389.32 |
| Vacation Bal | | 208.88 |

\* Excluded from federal taxable wages

---



CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Advice number: 00000070519
Pay date: 02/15/2019

Deposited to the account of
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $1,908.51 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|---|
| | ZS2 | 003517 | 903000 | | 0000050524 | 1 |

# Earnings Statement

![ADP]

CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

525-0001

Period Ending: 01/25/2019
Pay Date: 02/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5
  OH: 2

DARLENE M SLEDGE
3614 TOWNLEY RD
SHAKER HEIGHTS OH 44122

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.5172 | 71.00 | 2,521.72 | |
| Holiday Pay | 35.5172 | 8.00 | 284.14 | 852.42 |
| Personal Hrs | 35.5172 | 1.00 | 35.52 | 35.52 |
| Bonus Hrs | | | | 568.28 |
| **Gross Pay** | | | **$2,841.38** | 9,092.42 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -165.12 | 495.36 |
| Medicare Tax | -38.80 | 124.65 |
| OH State Income Tax | -67.51 | 205.70 |
| Cleveland Income Tax | -66.91 | 214.92 |

**Other**

| | | |
|---|---|---|
| American Life | -55.06* | 165.18 |
| Community Shrs | -3.64 | 7.28 |
| New York Life | -38.00 | 114.00 |
| Opers | -284.14* | 909.25 |
| Super Med Ppo | -110.14* | 330.42 |
| Uncf | -3.65 | 12.38 |
| United Way | -3.64 | 7.28 |
| Cmha Chart Fund | | 5.08 |

| | | |
|---|---|---|
| **Net Pay** | **$2,004.77** | |
| Checking | -2,004.77 | 6,500.92 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,392.04

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Cmha Life Ins | 2.47 | 7.41 |
| Cmha Medical | 807.71 | 2,423.13 |
| Er Opers | 397.79 | 1,272.93 |
| Opers Elig Earn | 2,841.38 | 9,092.42 |
| Balances | | |
| Sick Accrual | 4.62 | 384.70 |
| Vac Accrual | 3.08 | 205.80 |
| Angel Day Bal | | 8.00 |
| Personal Bal | | 15.00 |
| Sick Balance | | 384.70 |
| Vacation Bal | | 205.80 |

\* Excluded from federal taxable wages

---



CMHA FINANCIAL SERVICES DEPARTMENT
8120 KINSMAN ROAD
CLEVELAND, OH 44104

Advice number: 00000050524
Pay date: 02/01/2019

Deposited to the account of
DARLENE M SLEDGE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7954 | xxxx xxxx | $2,004.77 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE